UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 16 - 10224 |
| v. | ) |
| | ) Violations: |
| (1) GIRMA TILAHUN, and | ) 8 U.S.C. § 1325(c) and |
| (2) WUDNESH WOLDE | ) 18 U.S.C. § 2 |
| | ) (Aiding/Abetting Marriage Fraud |
| Defendants. | ) to Evade Immigration Law) |

**INFORMATION**

The United States Attorney charges that:

Introduction

At all times relevant to this Information:

1. Defendants GIRMA TILAHUN and WUDNESH WOLDE were married to each other.

2. During 2011, Defendants TILAHUN and WOLDE arranged for a United States citizen, hereinafter referred to as "Participant 1" or "P1," to go through a sham "marriage" in Ethiopia to an Ethiopian national, hereinafter referred to as "Participant 2" or "P2," for the purpose of enabling the Ethiopian national to be admitted to the United States and to receive permanent resident status in the United States based on false and fraudulent representations.

3. Defendants TILAHUN and WOLDE both knew and intended that the United States citizen, P1, would and did commit this offense for profit, and the Defendants were directly involved with payments from P2 and with payments to P1 for entering into this sham marriage and submitting related false documents to the United States government.

4. During April 2012, approximately one year after the sham marriage between P1 and P2 had taken place in Ethiopia, P2 was admitted to the United States but, instead of living with his alleged "wife" P1, P2 lived with defendants TILAHUN and WOLDE.

5. P2 never lived with P1 in Ethiopia or in the United States.

6. Additional documents falsely attesting to the bona fides of the "marriage" of P1 and P2 were submitted to the United States government during 2014.

## COUNT ONE
(Aiding and Abetting Marriage Fraud - 8 U.S.C. §1325(c) and 18 U.S.C. §2)

7. The United States Attorney re-alleges and incorporates by reference paragraphs 1-6 of this Information as if set forth herein.

8. The United States Attorney further charges that in or about April 2011, in the District of Massachusetts, and elsewhere,

GIRMA TILAHUN and WUDNESH WOLDE,

the defendants herein, did aid and abet individuals (P1 and P2) in knowingly and unlawfully entering into a marriage for the purpose of evading a provision of the immigration laws, to wit, 8 U.S.C. §§ 1154(c), 1186a(b)(1)(A)(i), and 1186a(d)(1)(A)(i)(III).

All in violation of Title 8, United States Code, Section 1325(c) and

Title 18, United States Code, Section 2.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: *[signature]*
MICHAEL L. TABAK
SANDRA S. BOWER
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100